IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. G. NEIL GARRETT, ) | FILED: MARCH 5, 2009 |
| ) | 09CV1404 |
| *Plaintiff*, ) | JUDGE DER-YEGHIAYAN |
| ) | MAGISTRATE JUDGE DENLOW |
| v. ) | Case No. AO |
| ) | |
| DEXIS, LLC, ) | |
| and JOHN DOES 1-10, ) | |
| ) | |
| *Defendants*. ) | |

## NOTICE OF REMOVAL

Defendant Dexis LLC ("Dexis"), by its undersigned attorneys, and pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, removes the action described below from the Circuit Court of Cook County, Illinois. In support of this Notice of Removal, Dexis states as follows:

1. Dexis is the only defendant specifically named in a putative class action lawsuit filed on January 30, 2009, in the Circuit Court of Cook County, Illinois, County Department, Chancery Division, styled *Dr. G. Neil Garrett v. Dexis, LLC, and John Does 1-10*, No. 09 CH 04039. *See* Ex. A, Complaint.

2. On February 4, 2009, Plaintiff personally served Dexis with the Complaint and Summons in this action. *See* Ex. B, Affidavit of Shawnte Jones.

3. On March 5, 2009, Dexis timely filed this Notice of Removal within 30 days of being served with the Complaint and Summons. *See* 28 U.S.C. § 1446(b).

4. Dexis removes this case on grounds of federal question jurisdiction under 28 U.S.C. § 1331. Count I of Plaintiff's Complaint alleges a violation of a federal statute, the Telephone Consumer Protection Act ("TCPA"). 47 U.S.C. § 227. *See Brill v. Countrywide*

*Home Loans, Inc.*, 427 F.3d 446, 450-51 (7th Cir. 2005) (holding that defendant had removal rights under §§ 1331 and 1441 because a TCPA claim "arises under federal law").

5. Pursuant to 28 U.S.C. § 1367, this Court also has supplemental jurisdiction over Plaintiff's state law claims in Count II (Illinois Consumer Fraud Act) and Count III (common law conversion) of the Complaint.

6. Dexis, in accordance with 28 U.S.C. § 1446(d), will promptly serve a copy of this Notice on counsel for Plaintiff and will file a copy of the Notice with the Clerk of the Cook County Circuit Court.

7. There are no other cases related to the instant action, and Dexis has not attempted to remove this case previously.

**WHEREFORE**, Defendant, Dexis LLC, respectfully removes the above-captioned action from the Circuit Court of Cook County, Illinois.

Dated: March 5, 2009          Respectfully submitted,

**DEXIS LLC**
*Defendant*

By:   s/ Henry Pietrkowski
       One of Its Attorneys

Henry Pietrkowski (6230048)
Michael D. Richman (3124631)
REED SMITH LLP
10 South Wacker Drive
40th Floor
Chicago, IL 60606
(312) 207-1000

101264938.1

## Certificate of Service

I certify that on March 5, 2009, a true and correct copy of the foregoing **NOTICE OF REMOVAL** was served upon counsel of record via first class U.S. mail, postage-prepaid, by causing it to be dropped in the mail slot at 10 S. Wacker Dr., Chicago, IL 60606 and addressed as follows:

Daniel A. Edelman
Michelle R. Teggelaar
Julie Clark
Heather A. Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603


I declare under penalty of perjury that the foregoing is true and correct.

    Executed on March 5, 2009.


                                                    s/ Henry Pietrkowski